# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  TEMPORARY ASSIGNMENT OF  :   No. 335 Common Pleas Judicial
JUDGES OF PHILADELPHIA MUNICIPAL:   Classification Docket
COURT TO THE COURT OF COMMON   :
PLEAS OF THE FIRST JUDICIAL            :
DISTRICT OF PENNSYLVANIA              :

## O R D E R

**PER CURIAM:**

AND NOW, this 4th day of March, 2016, the Petitions of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the temporary assignment of Judges of Philadelphia Municipal Court to the Court of Common Pleas of the First Judicial District of Pennsylvania are hereby granted, as follows:

> Hon. Christine M. Hope
> Hon. Sharon Williams Losier
> Hon. Joffie C. Pittman